Suzanne C. Leidner, Esq.  (CSB #090387)
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA  90027
Tel. 323 664-5670/Fax:  323 662-0840
Email:   SCLeidner@sbcglobal.net

Counsel for Plaintiff Alice Jones

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ALICE JONES,

     Plaintiff,

     v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

No.  CV 08 3536 FMO

ORDER AWARDING EAJA FEES

     IT IS ORDERED that based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees,  Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees  under EAJA in the amount THREE THOUSAND EIGHT HUNDRED FIFTY DOLLARS and 00/cents ($3,850.00), as authorized by 28 U.S.C. §2412(d), and subject to the terms of the above-referenced Stipulation.

Dated: 12/17/09

                               /s/
     Approved:             FERNANDO M. OLGUIN
                  UNITED STATES MAGISTRATE JUDGE

     Ordered: